# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | ) |
| *Plaintiff*, | ) |
| vs. | ) Civil Action No. 2:24-cv-04143-MDH |
| ANDREW BAILEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF MISSOURI, et al., | ) |
| *Defendants*. | ) |
| MISSOURI HOSPITAL ASSOCIATION and MISSOURI PRIMARY CARE ASSOCIATION, | ) |
| *Intervenors*. | ) |

## DECLARATION OF ANDREW WHEELER

1. My name is Andrew Wheeler and I am the Vice President of Federal Finance for the Missouri Hospital Association ("MHA").

2. I respectfully submit this declaration in support of the Reply Brief in Support of Missouri Hospital Association's and Missouri Primary Care Association's Motion to Intervene.

3. In my role as Vice President of Federal Finance, I am familiar with the Health Resources and Services Administration's ("HRSA") Office of Pharmacy Affairs ("OPA").

4. In my role, I understand that the OPA creates reports once per day shortly after midnight Eastern time reflecting every Covered Entity and Contract Pharmacy under the 340B program. The reports are published at this website: https://340bopais.hrsa.gov/reports.

5. I review and use the data in the OPA daily reports in my role at MHA. I am familiar with how to interpret and use the OPA daily reports to determine the active covered entities in Missouri and those entities' contract pharmacies. Part of my duties as Vice President of Federal Finance is to have knowledge of Missouri hospitals' participation in the 340B program.

6. Attached hereto as Exhibit 1 is a list of active Missouri hospitals in the 340B program that use contract pharmacies as of September 13, 2024. Exhibit 1 also identifies the contract pharmacies that these Missouri hospitals use as of September 13, 2024. I created this list using the September 13, 2024 Covered Entity Daily Report published on OPA's website. The report contains every covered entity in the 340B program as well as the contract pharmacies with which the covered entities contract.

7. Every hospital listed in Exhibit 1 is a member of MHA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September 2024 in Jefferson City, Missouri.

ANDREW WHEELER