# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:24-cv-04143-MDH |
| | ) | |
| ANDREW BAILEY, in his official capacity | ) | |
| as ATTORNEY GENERAL OF THE STATE | ) | |
| OF MISSOURI, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| MISSOURI HOSPITAL ASSOCIATION and | ) | |
| MISSOURI PRIMARY CARE ASSOCIATION, | ) | |
| | ) | |
| *Intervenors*. | ) | |

## DECLARATION OF JOSEPH PIERLE

1.     My name is Joseph Pierle and I am the Chief Executive Officer of the Missouri Primary Care Association ("MPCA").

2.     I respectfully submit this declaration in support of the Reply Brief in Support of Missouri Hospital Association's and Missouri Primary Care Association's Motion to Intervene.

3.     A list of MPCA members with the contract pharmacies they use was created, at my direction, using the September 13, 2024 Covered Entity Daily Report published on the Office of Pharmacy Affairs ("OPA") website.  The list is attached hereto as Exhibit 1.

Exhibit B

4.    In my role as Chief Executive Officer of MPCA, I am familiar with MPCA's membership.

5.    Every covered entity listed in Exhibit 1 is a member of MPCA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____9/17/2024_____ in _____Kansas City_____, Missouri.

Signed by:

*Joseph Pierle*
EBC1369CDA9646D...
JOSEPH PIERLE

EXHIBIT B

| 340B ID | Entity Name | |
|---|---|---|
| CH072100 | BETTY JEAN KERR - PEOPLE'S HEALTH CENTERS | |

| Pharmacy Name | City | State |
|---|---|---|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| ADVANCED CARE SCRIPTS, INC | ORLANDO | FL |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | BELLEVILLE | IL |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | ALTON | IL |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | OVERLAND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FERGUSON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | ATLANTA | GA |
| WALGREEN CO | SAINT PETERS | MO |
| WALGREEN CO | WARRENTON | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO. | BLACK JACK | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | JENNINGS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | HAZELWOOD | MO |
| WALGREEN CO. | FLORISSANT | MO |

| Pharmacy Name | City | State |
|---|---|---|
| WALGREEN CO. | OVERLAND | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | CREVE COEUR | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | ELLISVILLE | MO |
| WALGREEN CO. | BRENTWOOD | MO |
| WALGREEN CO. | ST CHARLES | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | FERGUSON | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | BRIDGETON | MO |
| WALGREEN CO. | UNIVERSITY CITY | MO |
| WALGREEN CO. | BRIDGETON | MO |
| WALGREEN CO. | SAINT ANN | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | OLIVETTE | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST CHARLES | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-1265 | SAINT LOUIS | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WALMART PHARMACY 10-5927 | FLORISSANT | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name |
|---|---|
| CH070430 | Big Springs Medical Association, Inc |

| Pharmacy Name | City | State |
|---|---|---|
| ALLCARE SPECIALTY PHARMACY, LLC | LITTLE ROCK | AR |
| BROWNS PHARMACY | ELLINGTON | MO |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| E & S PHARMACY INC | DONIPHAN | MO |
| EAST SIDE DISCOUNT PHARMACY | POPLAR BLUFF | MO |
| EASTSIDE PHARMACY, INC | POPLAR BLUFF | MO |
| GENOA HEALTHCARE LLC | SAINT PETERS | MO |
| HOMETOWN PHARMACY | DONIPHAN | MO |
| IRON COUNTY DRUG STORE | VIBURNUM | MO |
| KEY DRUGS | POPLAR BLUFF | MO |
| KEY DRUGS AT NORTHWEST LLC | POPLAR BLUFF | MO |
| KROGER LIMITED PARTNERSHIP I | POPLAR BLUFF | MO |
| LEXI'S MEDICINE, INC | WINONA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | IRONTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | POPLAR BLUFF | MO |
| OPTUM PHARMACY 700, LLC | PINE BROOK | NJ |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |

Exhibit 1

| | | |
|---|---|---|
| OPTUM PHARMACY 704, INC. | SAN ANTONIO | TX |
| OPTUMRX | OVERLAND PARK | KS |
| PARKLAND PHARMACY DEVELOPMENT LLC | IRONTON | MO |
| SUPER SAVER PHARMACY | DONIPHAN | MO |
| TONEY DRUG & WELLNESS, LLC | PIEDMONT | MO |
| VAN BUREN DRUG | VAN BUREN | MO |
| WALGREEN CO. | IRONTON | MO |
| WALGREEN CO. | DEXTER | MO |
| WALGREEN CO. | SIKESTON | MO |
| WALGREEN CO. | MOUNTAIN VIEW | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | POPLAR BLUFF | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0019 | POPLAR BLUFF | MO |
| WAL-MART PHARMACY 10-0871 | MT VIEW | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| WALMART PHARMACY 10-7127 | POPLAR BLUFF | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC08748-06 | COMMUNITY HEALTH CENTER OF CENTRAL MISSOURI | |

| Pharmacy Name | City | State |
|---|---|---|
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| HIGHLAND PARK CVS, L.L.C. | SWANSEA | IL |
| HIGHLAND PARK CVS, L.L.C. | BELLEVILLE | IL |
| HIGHLAND PARK CVS, L.L.C. | SHILOH | IL |
| MISSISSIPPI CVS PHARMACY, L.L.C. | MADISON | MS |
| MISSOURI CVS PHARMACY, L.L.C. | FULTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| STEPHEN L LA FRANCE PHARMACY INC. | LINN | MO |
| TOLSON DRUG, INC | JEFFERSON CITY | MO |
| WALGREEN CO | FULTON | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0029 | JEFERSON CITY | MO |
| WAL-MART PHARMACY 10-0051 | FULTON | MO |
| WALMART PHARMACY 10-0357 | VERSAILLES | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5477 | JEFFERSON CITY | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH0719300 | Compass Health, Inc. | |

| Pharmacy Name | City | State |
|---|---|---|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP INC | TEMPE | AZ |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |

| | | |
|---|---|---|
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| ADVANCED CARE SCRIPTS, INC | ORLANDO | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | DURHAM | NC |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | CHANDLER | AZ |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | INDIANAPOLIS | IN |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | FAIRVIEW HEIGHTS | IL |
| BURRELL PHARMACY | COLUMBIA | MO |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| CYSTIC FIBROSIS SERVICES, LLC | FRISCO | TX |
| ESI MAIL PHARMACY SERVICE | TEMPE | AZ |
| EVANS DRUGS | EL DORADO SPRINGS | MO |
| EXPRESS SCRIPTS | SAINT LOUIS | MO |
| EXPRESS SCRIPTS PHARMACY, INC. | BURLINGTON | NJ |
| EXPRESS SCRIPTS PHARMACY, INC. | WHITESTOWN | IN |
| GENOA HEALTHCARE LLC | WENTZVILLE | MO |
| GENOA HEALTHCARE LLC | INDEPENDENCE | MO |
| GENOA HEALTHCARE LLC | LEES SUMMIT | MO |
| GERBES PHARMACY #125 | COLUMBIA | MO |
| GERBES PHARMACY 124 | COLUMBIA | MO |
| GREEN HILLS PHARMACY | BROOKFIELD | MO |
| HILS PHARMACY | MOBERLY | MO |
| HY-VEE PHARMACY (1034) | BELTON | MO |
| Hy-Vee Pharmacy Fulfillment Center #4016 | DES MOINES | IA |
| KB OSCEOLA DRUG, LLC DBA EVANS DRUGS | OSCEOLA | MO |
| KILGORE'S MEDICAL PHARMACY | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BELTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYMORE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SEDALIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | PACIFIC | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ODESSA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CLINTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KEARNEY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYTOWN | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | GRANDVIEW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WARRENSBURG | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RICHMOND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SALISBURY | MO |

| | | |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | MACON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WASHINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FULTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ROLLA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HARRISONVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WASHINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | DARDENNE PRAIRIE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ARNOLD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CRYSTAL CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ARNOLD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HIGH RIDGE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KIRKWOOD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O'FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| OPTUM INFUSION SERVICES 305, LLC | LENEXA | KS |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUM PHARMACY 801, INC. | PHOENIX | AZ |
| PHARMAX PHARMACY #1117 | IMPERIAL | MO |
| PHARMAX PHARMACY #1160 | FESTUS | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | FORT WORTH | TX |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | HONOLULU | HI |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| SUMMERS PHARMACY | CLINTON | MO |
| SUMMERS PHARMACY | CLINTON | MO |
| SUMMERS PHARMACY OF WARRENSBURG, LLC | WARRENSBURG | MO |
| SUMMERS PHARMACY, INC | BUTLER | MO |
| SWEET SPRINGS INC | MARCELINE | MO |
| WALGREEN CO | TROY | MO |
| WALGREEN CO | WARRENTON | MO |
| WALGREEN CO | SAINT CHARLES | MO |

| | | |
|---|---|---|
| WALGREEN CO | RAYMORE | MO |
| WALGREEN CO | WENTZVILLE | MO |
| WALGREEN CO | WENTZVILLE | MO |
| WALGREEN CO | DE SOTO | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO | FULTON | MO |
| WALGREEN CO. | ST CHARLES | MO |
| WALGREEN CO. | SAINT CHARLES | MO |
| WALGREEN CO. | WENTZVILLE | MO |
| WALGREEN CO. | WASHINGTON | MO |
| WALGREEN CO. | UNION | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | CLINTON | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | BELTON | MO |
| WALGREEN CO. | COLUMBIA | MO |
| WALGREEN CO. | WARRENSBURG | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | O FALLON | MO |
| WALGREEN CO. | SAINT CHARLES | MO |
| WALGREEN CO. | COLUMBIA | MO |
| WALGREEN CO. | SULLIVAN | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | LEBANON | MO |
| WALGREEN CO. | LAKE ST LOUIS | MO |
| WALGREEN CO. | MOBERLY | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | HIGH RIDGE | MO |
| WALGREEN CO. | ARNOLD | MO |
| WALGREEN CO. | ARNOLD | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | BYRNES MILL | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | FESTUS | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | BARNHART | MO |
| WALGREEN CO. | SAINT PETERS | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | O FALLON | MO |
| WALGREEN CO. | CREVE COEUR | MO |
| WALGREEN CO. | LINN | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY #10-0451 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0020 | CLINTON | MO |
| WAL-MART PHARMACY 10-0034 | NEVADA | MO |
| WAL-MART PHARMACY 10-0040 | MOBERLY | MO |
| WAL-MART PHARMACY 10-0060 | TROY | MO |
| WAL-MART PHARMACY 10-0065 | SULLIVAN | MO |
| WAL-MART PHARMACY 10-0069 | FESTUS | MO |
| WAL-MART PHARMACY 10-0080 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0099 | UNION | MO |

| | | |
|---|---|---|
| WAL-MART PHARMACY 10-0101 | ROLLA | MO |
| WAL-MART PHARMACY 10-0152 | DE SOTO | MO |
| WAL-MART PHARMACY 10-0159 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0203 | BROOKFIELD | MO |
| WAL-MART PHARMACY 10-0243 | WENTZVILLE | MO |
| WAL-MART PHARMACY 10-0313 | HIGH RIDGE | MO |
| WAL-MART PHARMACY 10-0319 | RAYMORE/BELTON | MO |
| WAL-MART PHARMACY 10-0354 | OWENSVILLE | MO |
| WAL-MART PHARMACY 10-0820 | BOONVILLE | MO |
| WAL-MART PHARMACY 10-0888 | BUTLER | MO |
| WAL-MART PHARMACY 10-0895 | CUBA | MO |
| WAL-MART PHARMACY 10-1021 | WARRENTON | MO |
| WAL-MART PHARMACY 10-1188 | BRIDGETON | MO |
| WAL-MART PHARMACY 10-1514 | ARNOLD | MO |
| WAL-MART PHARMACY 10-2616 | O'FALLON | MO |
| WAL-MART PHARMACY 10-2856 | OAK GROVE | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5313 | LAKE ST. LOUIS | MO |
| WAL-MART PHARMACY 10-5315 | ORLANDO | FL |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH074020 | CROSS TRAILS MEDICAL CENTER | |

| Pharmacy Name | City | State |
|---|---|---|
| ADVANCE PHARMACY | ADVANCE | MO |
| ALTENBURG PHARMACY LLC | ALTENBURG | MO |
| BROADWAY PHARMACY | CAPE GIRARDEAU | MO |
| CAPE PHARMACY LLC DBA MEDICENTER PHARMAC | CAPE GIRARDEAU | MO |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| HEALTHCARE HEALTHWISE PHARMACY | PERRYVILLE | MO |
| JOHN'S PHARMACY, LLLP | CAPE GIRARDEAU | MO |
| MEDICENTER PHARMACY | JACKSON | MO |
| MEDICENTER PHARMACY 2220 | SCOTT CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | POPLAR BLUFF | MO |
| PUXICO PHARMACY, LLC | PUXICO | MO |
| THE MEDICINE SHOPPE | CAPE GIRARDEAU | MO |
| TWIN CITY PHARMACY | MARBLE HILL | MO |
| WALGREEN CO | PERRYVILLE | MO |
| WALGREEN CO. | CAPE GIRARDEAU | MO |
| WALGREEN CO. | SIKESTON | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | DEXTER | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0030 | DEXTER | MO |
| WAL-MART PHARMACY 10-0082 | PERRYVILLE | MO |
| WAL-MART PHARMACY 10-0122 | JACKSON | MO |
| WAL-MART PHARMACY 10-0188 | CAPE GIRARDEAU | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| | | |
|---|---|---|
| WALMART PHARMACY 10-7072 | CAPE GIRARDEAU | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH07440A | DOUGLAS COUNTY PUBLIC HEALTH SERVICES GROUP, INC. | |

| Pharmacy Name | City | State |
|---|---|---|
| SUPER D DRUGS ACQUISITION CO. | AVA | MO |
| SUPER D DRUGS ACQUISITION CO. | MANSFIELD | MO |
| SUPER D DRUGS ACQUISITION CO. | SEYMOUR | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0015 | WEST PLAINS | MO |
| WAL-MART PHARMACY 10-0056 | AVA | MO |
| WAL-MART PHARMACY 10-0088 | MOUNTAIN GROVE | MO |
| WAL-MART PHARMACY 10-0166 | HOUSTON | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26560-00 | EAST CENTRAL MISSOURI BEHAVIORAL HEALTH SVCS INC | |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0025 | MEXICO | MO |
| WAL-MART PHARMACY 10-0051 | FULTON | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WALMART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CH071700 | FAMILY CARE HEALTH CENTERS | |

| Pharmacy Name | City | State |
|---|---|---|
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| DALPOAS GROUP | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WEBSTER GROVES | MO |
| PHARMALOOP LLC | SAINT LOUIS | MO |
| ST. LOUIS PHARMACY | SAINT LOUIS | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |

| | | |
|---|---|---|
| WAL-MART PHARMACY 10-0069 | FESTUS | MO |
| WAL-MART PHARMACY 10-2213 | ST LOUIS | MO |
| WALMART PHARMACY 10-3061 | SHREWSBURY | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |
| WEST PINE PHARMACY | SAINT LOUIS | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC28965-00 | FORDLAND CLINIC | |

| Pharmacy Name | City | State |
|---|---|---|
| ALPS SPECIALTY PHARMACY | NIXA | MO |
| BURRELL INC | SPRINGFIELD | MO |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| LAKELAND PHARMACY | BRANSON WEST | MO |
| LUTTRELL'S PHARMACY | SEYMOUR | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BRANSON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| ROGERSVILLE PHARMACY | ROGERSVILLE | MO |
| SUPER D DRUGS ACQUISITION CO. | AVA | MO |
| SUPER D DRUGS ACQUISITION CO. | MANSFIELD | MO |
| TRANSITIONS PHARMACY | SPRINGFIELD | MO |
| WALGREEN CO | BRANSON WEST | MO |
| WALGREEN CO | HOLLISTER | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | NIXA | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | REPUBLIC | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | OZARK | MO |
| WALGREEN CO. | MARSHFIELD | MO |
| WALGREEN CO. | SEYMOUR | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | BRANSON | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS.COM, INC. | CHANDLER | AZ |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0056 | AVA | MO |
| WAL-MART PHARMACY 10-0078 | MARSHFIELD | MO |
| WAL-MART PHARMACY 10-0138 | SPRINGFIELD (NE) | MO |
| WAL-MART PHARMACY 10-2175 | BRANSON WEST | MO |
| WAL-MART PHARMACY 10-2221 | SPRINGFIELD | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CH078000 | GREAT MINES HEALTH CENTER | |

| Pharmacy Name | City | State |
|---|---|---|

| AUSTIN PLAZA PHARMACY, INC | POTOSI | MO |
| COMMUNITY CARE PHARMACY, LLC | DESLOGE | MO |
| FOUNDATION CARE LLC | CHESTERFIELD | MO |
| GENOA HEALTHCARE LLC | POTOSI | MO |
| GENOA HEALTHCARE LLC | FARMINGTON | MO |
| PHARMAX PHARMACY #1302 | POTOSI | MO |
| WALGREEN CO | DE SOTO | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | IRONTON | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | BONNE TERRE | MO |
| WALGREEN CO. | DESLOGE | MO |
| WALGREEN CO. | FESTUS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0095 | DESLOGE | MO |
| WAL-MART PHARMACY 10-0173 | POTOSI | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26561-00 | HCC Network | |

| Pharmacy Name | City | State |
|---|---|---|
| BRITT'S CENTRAL DRUG STORE | CONCORDIA | MO |
| CROSETTI HEALTH AND WELLNESS | GRAIN VALLEY | MO |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| MINUTEMAN PHARMACY | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WARRENSBURG | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RICHMOND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ODESSA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LIBERTY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC28966-00 | Kansas City CARE Clinic | |

| Pharmacy Name | City | State |
|---|---|---|
| WALGREEN CO. | ROELAND PARK | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |

| 340B ID | Entity Name |
|---|---|
| CH070300 | NORTHEAST MISSOURI HEALTH COUNCIL, INC. |

| Pharmacy Name | City | State |
|---|---|---|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP INC | TEMPE | AZ |
| ACCREDO HEALTH GROUP, INC. | INDIANAPOLIS | IN |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | DURHAM | NC |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | IRVINE | CA |
| CLARK COUNTY PHARMACY | KAHOKA | MO |
| DOGWOOD PHARMACY LLC | GREENVILLE | SC |
| ESI MAIL PHARMACY SERVICE | TEMPE | AZ |
| EXPRESS SCRIPTS | SAINT LOUIS | MO |
| EXPRESS SCRIPTS PHARMACY, INC. | BURLINGTON | NJ |
| EXPRESS SCRIPTS PHARMACY, INC. | WHITESTOWN | IN |
| HY-VEE FOOD AND DRUG STORE | KIRKSVILLE | MO |
| JOHNSTON DRUG | CLARENCE | MO |
| KB KIRKSVILLE PHARMACY LLC | KIRKSVILLE | MO |
| OPTUM INFUSION SERVICES 305, LLC | LENEXA | KS |
| OPTUM INFUSION SERVICES 501, INC. | SAINT LOUIS | MO |
| OPTUM PHARMACY 701, LLC | FLINT | MI |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUM PHARMACY 705, LLC | BIRMINGHAM | AL |
| OPTUMRX | OVERLAND PARK | KS |
| RAINA RX LLC | NEWBURGH | NY |
| RIDER DRUG INC | KIRKSVILLE | MO |
| RIVER MEDICAL PHARMACY LLC | SAN ANTONIO | TX |
| SANTA BARBARA SPECIALTY PHARMACY LLC | CARPINTERIA | CA |
| SCOTLAND COUNTY PHARMACY | MEMPHIS | MO |
| WALGREEN CO. | KIRKSVILLE | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0189 | KIRKSVILLE | MO |
| WAL-MART PHARMACY 10-0783 | MACON | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name |
|---|---|
| CHC24137-00 | Ozarks Resource Group |

| Pharmacy Name | City | State |
|---|---|---|
| ALPS SPECIALTY PHARMACY | NIXA | MO |
| CITIZENS MEMORIAL HEALTH CARE FOUNDATION | BOLIVAR | MO |
| HERMITAGE PROFESS PHARMACY | HERMITAGE | MO |
| STEPHENS PHARMACY AT OCHC | URBANA | MO |
| WALGREEN CO | BOLIVAR | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0046 | BOLIVAR | MO |
| WAL-MART PHARMACY 10-0250 | WARSAW | MO |
| WAL-MART PHARMACY 10-0845 | BUFFALO | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| | | |
|---|---|---|
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26512-01 | PREFERRED FAMILY HEALTHCARE, INCORPORATED | |

| Pharmacy Name | City | State |
|---|---|---|
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | QUINCY | IL |
| BURRELL PHARMACY | COLUMBIA | MO |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| CYSTIC FIBROSIS SERVICES, LLC | FRISCO | TX |
| GRAND PHARMACY | HANNIBAL | MO |
| HIGHLAND PARK CVS, L.L.C. | QUINCY | IL |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HANNIBAL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WEBSTER GROVES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MAPLEWOOD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUMRX | OVERLAND PARK | KS |
| WALGREEN CO. | HANNIBAL | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0609 | HANNIBAL | MO |
| WAL-MART PHARMACY 10-1454 | QUINCY | IL |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH0714960 | Regional Health Care Clinic, Inc. | |

| Pharmacy Name | City | State |
|---|---|---|
| COLE CAMP PHARMACY | COLE CAMP | MO |
| EVANS DRUG SEDALIA EAST LLC | SEDALIA | MO |
| EVANS DRUG SEDALIA WEST LLC | SEDALIA | MO |
| J & D PHARMACY INC | WARSAW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SEDALIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |

| | | |
|---|---|---|
| SUMMERS PHARMACY #13, INC | SEDALIA | MO |
| SUMMERS PHARMACY OF MARSHALL, LLC | MARSHALL | MO |
| SUMMERS PHARMACY OF WARRENSBURG, LLC | WARRENSBURG | MO |
| VERSAILLES PHARMACY | VERSAILLES | MO |
| WALGREEN CO. | SEDALIA | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0219 | SEDALIA | MO |
| WAL-MART PHARMACY 10-0250 | WARSAW | MO |
| WAL-MART PHARMACY 10-0357 | VERSAILLES | MO |
| WAL-MART PHARMACY 10-0363 | MARSHALL | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC00132-00 | RICHLAND MEDICAL CENTER INC | |

| Pharmacy Name | City | State |
|---|---|---|
| AUBURN PHARMACY, INC. | CAMDENTON | MO |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| ELDON DRUG COMPANY | ELDON | MO |
| GERBES PHARMACY #119 | CAMDENTON | MO |
| LAKE REGIONAL PHARMACY | CAMDENTON | MO |
| LAKE REGIONAL PHARMACY-OSAGE BEACH | OSAGE BEACH | MO |
| LAURIE FAMILY PHARMACY | GRAVOIS MILLS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | OSAGE BEACH | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| SINKS PHARMACY | WAYNESVILLE | MO |
| SINKS PHARMACY | IBERIA | MO |
| SINKS PHARMACY | ROLLA | MO |
| SINKS PHARMACY SOUTH | ROLLA | MO |
| WALGREEN CO. | OSAGE BEACH | MO |
| WALGREEN CO. | LEBANON | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART PHARMACY 10-0014 | LEBANON | MO |
| WAL-MART PHARMACY 10-0021 | SAINT ROBERT | MO |
| WAL-MART PHARMACY 10-0089 | CAMDENTON | MO |
| WAL-MART PHARMACY 10-0815 | OSAGE BEACH | MO |
| YORK & CO PHARMACY | RICHLAND | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CH077470 | RURAL ALLIANCE FOR BETTER FAMILY HEALTH, THE | |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0015 | WEST PLAINS | MO |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART PHARMACY 10-0837 | THAYER | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH070290 | SAMUEL U RODGERS HEALTH CENTER, INC. | |

| Pharmacy Name | City | State |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26564-03 | South Central Missouri Community Health Center | |

| Pharmacy Name | City | State |
|---|---|---|
| 6 TURTLES, LLC | SAINT JAMES | MO |
| 6 TURTLES, LLC | SAINT JAMES | MO |
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| MISSOURI CVS PHARMACY, L.L.C. | ROLLA | MO |
| MOSER PHARMACY | SALEM | MO |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | BIRMINGHAM | AL |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUMRX | OVERLAND PARK | KS |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | HONOLULU | HI |
| RINNE PHARMACY LLC | LICKING | MO |
| RIVER MEDICAL PHARMACY LLC | SAN ANTONIO | TX |
| SINKS PHARMACY | ROLLA | MO |
| SINKS PHARMACY | WAYNESVILLE | MO |
| SINKS PHARMACY | VIENNA | MO |
| SINKS PHARMACY | BOURBON | MO |
| SINKS PHARMACY | SALEM | MO |
| SINKS PHARMACY 100 | BELLE | MO |
| SINKS PHARMACY SELECT LLC | ROLLA | MO |
| SINKS PHARMACY SOUTH | ROLLA | MO |
| STEELVILLE DRUG | STEELVILLE | MO |
| THE TOWNE PHARMACY | CUBA | MO |

| | | |
|---|---|---|
| VANDIVORT DRUG (WISDOM DRUG LLC) | SALEM | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0021 | SAINT ROBERT | MO |
| WAL-MART PHARMACY 10-0027 | SALEM | MO |
| WAL-MART PHARMACY 10-0101 | ROLLA | MO |
| WAL-MART PHARMACY 10-0895 | CUBA | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH071370 | SOUTHEAST MISSOURI HEALTH NETWORK | |

| Pharmacy Name | City | State |
|---|---|---|
| BEAUTON DRUG | EAST PRAIRIE | MO |
| CORNERSTONE PHARMACY KENNETT, LLC | KENNETT | MO |
| HARRIS PHARMACY | KENNETT | MO |
| KEY DRUGS AT DEXTER, LLC | DEXTER | MO |
| L & S DISCOUNT PHARMACY | CHARLESTON | MO |
| MALDEN PHARMACY & HME | MALDEN | MO |
| MEDICENTER PHARMACY 2220 | SCOTT CITY | MO |
| MISSOURI DELTA MEDICAL CENTER | SIKESTON | MO |
| MISSOURI DELTA MEDICAL CENTER | BENTON | MO |
| NEW MADRID PHARMACY INC. | NEW MADRID | MO |
| RANDY'S RX | SIKESTON | MO |
| SIKESTON PHARMACY LLC | SIKESTON | MO |
| STERLING PHARMACY | SIKESTON | MO |
| SUPER D DRUGS ACQUISITION CO. | DEXTER | MO |
| TEKO PHARMACY | KENNETT | MO |
| WALGREEN CO. | SIKESTON | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0009 | SIKESTON | MO |
| WAL-MART PHARMACY 10-0030 | DEXTER | MO |
| WAL-MART PHARMACY 10-0190 | KENNETT | MO |
| WAL-MART PHARMACY 10-0453 | MALDEN | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH070270 | SWOPE HEALTH SERVICES | |

| Pharmacy Name | City | State |
|---|---|---|
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYTOWN | MO |
| MISSOURI CVS PHARMACY, L.L.C. | GRANDVIEW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BELTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LIBERTY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | N. KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |

| | | |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| WALGREEN CO | KANSAS CITY | KS |
| WALGREEN CO. | GRANDVIEW | MO |
| WALGREEN CO. | LEES SUMMIT | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | RAYTOWN | MO |
| WALGREEN CO. | KANSAS CITY | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | BELTON | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | ROELAND PARK | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |