| 340B ID | Entity Name |
|---------|-------------|
| CH072100 | BETTY JEAN KERR - PEOPLE'S HEALTH CENTERS |

| Pharmacy Name | City | State |
|---------------|------|-------|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| ADVANCED CARE SCRIPTS, INC | ORLANDO | FL |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | BELLEVILLE | IL |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | ALTON | IL |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | OVERLAND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FERGUSON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | ATLANTA | GA |
| WALGREEN CO | SAINT PETERS | MO |
| WALGREEN CO | WARRENTON | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO. | BLACK JACK | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | JENNINGS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | HAZELWOOD | MO |
| WALGREEN CO. | FLORISSANT | MO |

| Pharmacy Name | City | State |
|---|---|---|
| WALGREEN CO. | OVERLAND | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | CREVE COEUR | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | ELLISVILLE | MO |
| WALGREEN CO. | BRENTWOOD | MO |
| WALGREEN CO. | ST CHARLES | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | FERGUSON | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | BRIDGETON | MO |
| WALGREEN CO. | UNIVERSITY CITY | MO |
| WALGREEN CO. | BRIDGETON | MO |
| WALGREEN CO. | SAINT ANN | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | OLIVETTE | MO |
| WALGREEN CO. | FLORISSANT | MO |
| WALGREEN CO. | ST CHARLES | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-1265 | SAINT LOUIS | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WALMART PHARMACY 10-5927 | FLORISSANT | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH070430 | Big Springs Medical Association, Inc | |

| Pharmacy Name | City | State |
|---|---|---|
| ALLCARE SPECIALTY PHARMACY, LLC | LITTLE ROCK | AR |
| BROWNS PHARMACY | ELLINGTON | MO |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| E & S PHARMACY INC | DONIPHAN | MO |
| EAST SIDE DISCOUNT PHARMACY | POPLAR BLUFF | MO |
| EASTSIDE PHARMACY, INC | POPLAR BLUFF | MO |
| GENOA HEALTHCARE LLC | SAINT PETERS | MO |
| HOMETOWN PHARMACY | DONIPHAN | MO |
| IRON COUNTY DRUG STORE | VIBURNUM | MO |
| KEY DRUGS | POPLAR BLUFF | MO |
| KEY DRUGS AT NORTHWEST LLC | POPLAR BLUFF | MO |
| KROGER LIMITED PARTNERSHIP I | POPLAR BLUFF | MO |
| LEXI'S MEDICINE, INC | WINONA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | IRONTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | POPLAR BLUFF | MO |
| OPTUM PHARMACY 700, LLC | PINE BROOK | NJ |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |

| | | |
|---|---|---|
| OPTUM PHARMACY 704, INC. | SAN ANTONIO | TX |
| OPTUMRX | OVERLAND PARK | KS |
| PARKLAND PHARMACY DEVELOPMENT LLC | IRONTON | MO |
| SUPER SAVER PHARMACY | DONIPHAN | MO |
| TONEY DRUG & WELLNESS, LLC | PIEDMONT | MO |
| VAN BUREN DRUG | VAN BUREN | MO |
| WALGREEN CO. | IRONTON | MO |
| WALGREEN CO. | DEXTER | MO |
| WALGREEN CO. | SIKESTON | MO |
| WALGREEN CO. | MOUNTAIN VIEW | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | POPLAR BLUFF | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0019 | POPLAR BLUFF | MO |
| WAL-MART PHARMACY 10-0871 | MT VIEW | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| WALMART PHARMACY 10-7127 | POPLAR BLUFF | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC08748-06 | COMMUNITY HEALTH CENTER OF CENTRAL MISSOURI | |

| Pharmacy Name | City | State |
|---|---|---|
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| HIGHLAND PARK CVS, L.L.C. | SWANSEA | IL |
| HIGHLAND PARK CVS, L.L.C. | BELLEVILLE | IL |
| HIGHLAND PARK CVS, L.L.C. | SHILOH | IL |
| MISSISSIPPI CVS PHARMACY, L.L.C. | MADISON | MS |
| MISSOURI CVS PHARMACY, L.L.C. | FULTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| STEPHEN L LA FRANCE PHARMACY INC. | LINN | MO |
| TOLSON DRUG, INC | JEFFERSON CITY | MO |
| WALGREEN CO | FULTON | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0029 | JEFERSON CITY | MO |
| WAL-MART PHARMACY 10-0051 | FULTON | MO |
| WALMART PHARMACY 10-0357 | VERSAILLES | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5477 | JEFFERSON CITY | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH0719300 | Compass Health, Inc. | |

| Pharmacy Name | City | State |
|---|---|---|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP INC | TEMPE | AZ |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |

| | | |
|---|---|---|
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| ADVANCED CARE SCRIPTS, INC | ORLANDO | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | DURHAM | NC |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | CHANDLER | AZ |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | INDIANAPOLIS | IN |
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | FAIRVIEW HEIGHTS | IL |
| BURRELL PHARMACY | COLUMBIA | MO |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| CYSTIC FIBROSIS SERVICES, LLC | FRISCO | TX |
| ESI MAIL PHARMACY SERVICE | TEMPE | AZ |
| EVANS DRUGS | EL DORADO SPRINGS | MO |
| EXPRESS SCRIPTS | SAINT LOUIS | MO |
| EXPRESS SCRIPTS PHARMACY, INC. | BURLINGTON | NJ |
| EXPRESS SCRIPTS PHARMACY, INC. | WHITESTOWN | IN |
| GENOA HEALTHCARE LLC | WENTZVILLE | MO |
| GENOA HEALTHCARE LLC | INDEPENDENCE | MO |
| GENOA HEALTHCARE LLC | LEES SUMMIT | MO |
| GERBES PHARMACY #125 | COLUMBIA | MO |
| GERBES PHARMACY 124 | COLUMBIA | MO |
| GREEN HILLS PHARMACY | BROOKFIELD | MO |
| HILS PHARMACY | MOBERLY | MO |
| HY-VEE PHARMACY (1034) | BELTON | MO |
| Hy-Vee Pharmacy Fulfillment Center #4016 | DES MOINES | IA |
| KB OSCEOLA DRUG, LLC DBA EVANS DRUGS | OSCEOLA | MO |
| KILGORE'S MEDICAL PHARMACY | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BELTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYMORE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SEDALIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | PACIFIC | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ODESSA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CLINTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KEARNEY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYTOWN | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | GRANDVIEW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WARRENSBURG | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RICHMOND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SALISBURY | MO |

| | | |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | MACON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WASHINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FULTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WENTZVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ROLLA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | FLORISSANT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HARRISONVILLE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | COLUMBIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT CHARLES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WASHINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | DARDENNE PRAIRIE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ARNOLD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CRYSTAL CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ARNOLD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HIGH RIDGE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT PETERS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KIRKWOOD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | O'FALLON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | JEFFERSON CITY | MO |
| OPTUM INFUSION SERVICES 305, LLC | LENEXA | KS |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUM PHARMACY 801, INC. | PHOENIX | AZ |
| PHARMAX PHARMACY #1117 | IMPERIAL | MO |
| PHARMAX PHARMACY #1160 | FESTUS | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | FORT WORTH | TX |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | HONOLULU | HI |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| SUMMERS PHARMACY | CLINTON | MO |
| SUMMERS PHARMACY | CLINTON | MO |
| SUMMERS PHARMACY OF WARRENSBURG, LLC | WARRENSBURG | MO |
| SUMMERS PHARMACY, INC | BUTLER | MO |
| SWEET SPRINGS INC | MARCELINE | MO |
| WALGREEN CO | TROY | MO |
| WALGREEN CO | WARRENTON | MO |
| WALGREEN CO | SAINT CHARLES | MO |

| | | |
|---|---|---|
| WALGREEN CO | RAYMORE | MO |
| WALGREEN CO | WENTZVILLE | MO |
| WALGREEN CO | WENTZVILLE | MO |
| WALGREEN CO | DE SOTO | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO | FULTON | MO |
| WALGREEN CO | ST CHARLES | MO |
| WALGREEN CO. | SAINT CHARLES | MO |
| WALGREEN CO. | WENTZVILLE | MO |
| WALGREEN CO. | WASHINGTON | MO |
| WALGREEN CO. | UNION | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | CLINTON | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | BELTON | MO |
| WALGREEN CO. | COLUMBIA | MO |
| WALGREEN CO. | WARRENSBURG | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | O FALLON | MO |
| WALGREEN CO. | SAINT CHARLES | MO |
| WALGREEN CO. | COLUMBIA | MO |
| WALGREEN CO. | SULLIVAN | MO |
| WALGREEN CO. | ST PETERS | MO |
| WALGREEN CO. | JEFFERSON CITY | MO |
| WALGREEN CO. | LEBANON | MO |
| WALGREEN CO. | LAKE ST LOUIS | MO |
| WALGREEN CO. | MOBERLY | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | HIGH RIDGE | MO |
| WALGREEN CO. | ARNOLD | MO |
| WALGREEN CO. | ARNOLD | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | BYRNES MILL | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | FESTUS | MO |
| WALGREEN CO. | FENTON | MO |
| WALGREEN CO. | BARNHART | MO |
| WALGREEN CO. | SAINT PETERS | MO |
| WALGREEN CO. | OFALLON | MO |
| WALGREEN CO. | O FALLON | MO |
| WALGREEN CO. | CREVE COEUR | MO |
| WALGREEN CO. | LINN | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY #10-0451 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0020 | CLINTON | MO |
| WAL-MART PHARMACY 10-0034 | NEVADA | MO |
| WAL-MART PHARMACY 10-0040 | MOBERLY | MO |
| WAL-MART PHARMACY 10-0060 | TROY | MO |
| WAL-MART PHARMACY 10-0065 | SULLIVAN | MO |
| WAL-MART PHARMACY 10-0069 | FESTUS | MO |
| WAL-MART PHARMACY 10-0080 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0099 | UNION | MO |

| | | |
|---|---|---|
| WAL-MART PHARMACY 10-0101 | ROLLA | MO |
| WAL-MART PHARMACY 10-0152 | DE SOTO | MO |
| WAL-MART PHARMACY 10-0159 | COLUMBIA | MO |
| WAL-MART PHARMACY 10-0203 | BROOKFIELD | MO |
| WAL-MART PHARMACY 10-0243 | WENTZVILLE | MO |
| WAL-MART PHARMACY 10-0313 | HIGH RIDGE | MO |
| WAL-MART PHARMACY 10-0319 | RAYMORE/BELTON | MO |
| WAL-MART PHARMACY 10-0354 | OWENSVILLE | MO |
| WAL-MART PHARMACY 10-0820 | BOONVILLE | MO |
| WAL-MART PHARMACY 10-0888 | BUTLER | MO |
| WAL-MART PHARMACY 10-0895 | CUBA | MO |
| WAL-MART PHARMACY 10-1021 | WARRENTON | MO |
| WAL-MART PHARMACY 10-1188 | BRIDGETON | MO |
| WAL-MART PHARMACY 10-1514 | ARNOLD | MO |
| WAL-MART PHARMACY 10-2616 | O'FALLON | MO |
| WAL-MART PHARMACY 10-2856 | OAK GROVE | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5313 | LAKE ST. LOUIS | MO |
| WAL-MART PHARMACY 10-5315 | ORLANDO | FL |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH074020 | CROSS TRAILS MEDICAL CENTER | |

| Pharmacy Name | City | State |
|---|---|---|
| ADVANCE PHARMACY | ADVANCE | MO |
| ALTENBURG PHARMACY LLC | ALTENBURG | MO |
| BROADWAY PHARMACY | CAPE GIRARDEAU | MO |
| CAPE PHARMACY LLC DBA MEDICENTER PHARMAC | CAPE GIRARDEAU | MO |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| HEALTHCARE HEALTHWISE PHARMACY | PERRYVILLE | MO |
| JOHN'S PHARMACY, LLLP | CAPE GIRARDEAU | MO |
| MEDICENTER PHARMACY | JACKSON | MO |
| MEDICENTER PHARMACY 2220 | SCOTT CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | CAPE GIRARDEAU | MO |
| MISSOURI CVS PHARMACY, L.L.C. | POPLAR BLUFF | MO |
| PUXICO PHARMACY, LLC | PUXICO | MO |
| THE MEDICINE SHOPPE | CAPE GIRARDEAU | MO |
| TWIN CITY PHARMACY | MARBLE HILL | MO |
| WALGREEN CO | PERRYVILLE | MO |
| WALGREEN CO. | CAPE GIRARDEAU | MO |
| WALGREEN CO. | SIKESTON | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | DEXTER | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0030 | DEXTER | MO |
| WAL-MART PHARMACY 10-0082 | PERRYVILLE | MO |
| WAL-MART PHARMACY 10-0122 | JACKSON | MO |
| WAL-MART PHARMACY 10-0188 | CAPE GIRARDEAU | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| | | |
|---|---|---|
| WALMART PHARMACY 10-7072 | CAPE GIRARDEAU | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH07440A | DOUGLAS COUNTY PUBLIC HEALTH SERVICES GROUP, INC. | |

| Pharmacy Name | City | State |
|---|---|---|
| SUPER D DRUGS ACQUISITION CO. | AVA | MO |
| SUPER D DRUGS ACQUISITION CO. | MANSFIELD | MO |
| SUPER D DRUGS ACQUISITION CO. | SEYMOUR | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0015 | WEST PLAINS | MO |
| WAL-MART PHARMACY 10-0056 | AVA | MO |
| WAL-MART PHARMACY 10-0088 | MOUNTAIN GROVE | MO |
| WAL-MART PHARMACY 10-0166 | HOUSTON | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26560-00 | EAST CENTRAL MISSOURI BEHAVIORAL HEALTH SVCS INC | |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0025 | MEXICO | MO |
| WAL-MART PHARMACY 10-0051 | FULTON | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CH071700 | FAMILY CARE HEALTH CENTERS | |

| Pharmacy Name | City | State |
|---|---|---|
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| DALPOAS GROUP | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WEBSTER GROVES | MO |
| PHARMALOOP LLC | SAINT LOUIS | MO |
| ST. LOUIS PHARMACY | SAINT LOUIS | MO |
| WALGREEN CO | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| WALGREEN CO. | ST LOUIS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART PHARMACY 10-0069 | FESTUS | MO |
| WAL-MART PHARMACY 10-2213 | ST LOUIS | MO |
| WALMART PHARMACY 10-3061 | SHREWSBURY | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |
| WEST PINE PHARMACY | SAINT LOUIS | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC28965-00 | FORDLAND CLINIC | |

| Pharmacy Name | City | State |
|---|---|---|
| ALPS SPECIALTY PHARMACY | NIXA | MO |
| BURRELL INC | SPRINGFIELD | MO |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| LAKELAND PHARMACY | BRANSON WEST | MO |
| LUTTRELL'S PHARMACY | SEYMOUR | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BRANSON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| ROGERSVILLE PHARMACY | ROGERSVILLE | MO |
| SUPER D DRUGS ACQUISITION CO. | AVA | MO |
| SUPER D DRUGS ACQUISITION CO. | MANSFIELD | MO |
| TRANSITIONS PHARMACY | SPRINGFIELD | MO |
| WALGREEN CO | BRANSON WEST | MO |
| WALGREEN CO | HOLLISTER | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | NIXA | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | REPUBLIC | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | OZARK | MO |
| WALGREEN CO. | MARSHFIELD | MO |
| WALGREEN CO. | SEYMOUR | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | SPRINGFIELD | MO |
| WALGREEN CO. | BRANSON | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS.COM, INC. | CHANDLER | AZ |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0056 | AVA | MO |
| WAL-MART PHARMACY 10-0078 | MARSHFIELD | MO |
| WAL-MART PHARMACY 10-0138 | SPRINGFIELD (NE) | MO |
| WAL-MART PHARMACY 10-2175 | BRANSON WEST | MO |
| WAL-MART PHARMACY 10-2221 | SPRINGFIELD | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| 340B ID | Entity Name | |
|---|---|---|
| CH078000 | GREAT MINES HEALTH CENTER | |

| Pharmacy Name | City | State |
|---|---|---|

| | | |
|---|---|---|
| AUSTIN PLAZA PHARMACY, INC | POTOSI | MO |
| COMMUNITY CARE PHARMACY, LLC | DESLOGE | MO |
| FOUNDATION CARE LLC | CHESTERFIELD | MO |
| GENOA HEALTHCARE LLC | POTOSI | MO |
| GENOA HEALTHCARE LLC | FARMINGTON | MO |
| PHARMAX PHARMACY #1302 | POTOSI | MO |
| WALGREEN CO | DE SOTO | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | IRONTON | MO |
| WALGREEN CO. | FARMINGTON | MO |
| WALGREEN CO. | BONNE TERRE | MO |
| WALGREEN CO. | DESLOGE | MO |
| WALGREEN CO. | FESTUS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0095 | DESLOGE | MO |
| WAL-MART PHARMACY 10-0173 | POTOSI | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26561-00 | HCC Network | |

| Pharmacy Name | City | State |
|---|---|---|
| BRITT'S CENTRAL DRUG STORE | CONCORDIA | MO |
| CROSETTI HEALTH AND WELLNESS | GRAIN VALLEY | MO |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| MINUTEMAN PHARMACY | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WARRENSBURG | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RICHMOND | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LEXINGTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ODESSA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LIBERTY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC28966-00 | Kansas City CARE Clinic | |

| Pharmacy Name | City | State |
|---|---|---|
| WALGREEN CO. | ROELAND PARK | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |

| 340B ID | Entity Name | |
|---|---|---|
| CH070300 | NORTHEAST MISSOURI HEALTH COUNCIL, INC. | |

| Pharmacy Name | City | State |
|---|---|---|
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| ACCREDO HEALTH GROUP INC | WARRENDALE | PA |
| ACCREDO HEALTH GROUP INC | TEMPE | AZ |
| ACCREDO HEALTH GROUP, INC. | INDIANAPOLIS | IN |
| ACCREDO HEALTH GROUP, INC. | ORLANDO | FL |
| ACCREDO HEALTH GROUP, INC. | NEW CASTLE | DE |
| ACCREDO HEALTH GROUP, INC. | WHITESTOWN | IN |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | DURHAM | NC |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | IRVINE | CA |
| CLARK COUNTY PHARMACY | KAHOKA | MO |
| DOGWOOD PHARMACY LLC | GREENVILLE | SC |
| ESI MAIL PHARMACY SERVICE | TEMPE | AZ |
| EXPRESS SCRIPTS | SAINT LOUIS | MO |
| EXPRESS SCRIPTS PHARMACY, INC. | BURLINGTON | NJ |
| EXPRESS SCRIPTS PHARMACY, INC. | WHITESTOWN | IN |
| HY-VEE FOOD AND DRUG STORE | KIRKSVILLE | MO |
| JOHNSTON DRUG | CLARENCE | MO |
| KB KIRKSVILLE PHARMACY LLC | KIRKSVILLE | MO |
| OPTUM INFUSION SERVICES 305, LLC | LENEXA | KS |
| OPTUM INFUSION SERVICES 501, INC. | SAINT LOUIS | MO |
| OPTUM PHARMACY 701, LLC | FLINT | MI |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUM PHARMACY 705, LLC | BIRMINGHAM | AL |
| OPTUMRX | OVERLAND PARK | KS |
| RAINA RX LLC | NEWBURGH | NY |
| RIDER DRUG INC | KIRKSVILLE | MO |
| RIVER MEDICAL PHARMACY LLC | SAN ANTONIO | TX |
| SANTA BARBARA SPECIALTY PHARMACY LLC | CARPINTERIA | CA |
| SCOTLAND COUNTY PHARMACY | MEMPHIS | MO |
| WALGREEN CO. | KIRKSVILLE | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0189 | KIRKSVILLE | MO |
| WAL-MART PHARMACY 10-0783 | MACON | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC24137-00 | Ozarks Resource Group | |

| Pharmacy Name | City | State |
|---|---|---|
| ALPS SPECIALTY PHARMACY | NIXA | MO |
| CITIZENS MEMORIAL HEALTH CARE FOUNDATION | BOLIVAR | MO |
| HERMITAGE PROFESS PHARMACY | HERMITAGE | MO |
| STEPHENS PHARMACY AT OCHC | URBANA | MO |
| WALGREEN CO | BOLIVAR | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0046 | BOLIVAR | MO |
| WAL-MART PHARMACY 10-0250 | WARSAW | MO |
| WAL-MART PHARMACY 10-0845 | BUFFALO | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |

| | Walmart Pharmacy 10-7611 | Plainfield | IN |
|---|---|---|---|

| 340B ID | Entity Name | | |
|---|---|---|---|
| CHC26512-01 | PREFERRED FAMILY HEALTHCARE, INCORPORATED | | |

| Pharmacy Name | City | State |
|---|---|---|
| BOND DRUG COMPANY OF ILLINOIS, L.L.C. | QUINCY | IL |
| BURRELL PHARMACY | COLUMBIA | MO |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| CYSTIC FIBROSIS SERVICES, LLC | FRISCO | TX |
| GRAND PHARMACY | HANNIBAL | MO |
| HIGHLAND PARK CVS, L.L.C. | QUINCY | IL |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | HANNIBAL | MO |
| MISSOURI CVS PHARMACY, L.L.C. | WEBSTER GROVES | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST. LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MAPLEWOOD | MO |
| MISSOURI CVS PHARMACY, L.L.C. | ST LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SAINT LOUIS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SPRINGFIELD | MO |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUMRX | OVERLAND PARK | KS |
| WALGREEN CO. | HANNIBAL | MO |
| WALGREEN CO. | SAINT LOUIS | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WALGREENS SPECIALTY PHARMACY LLC | FRISCO | TX |
| WALGREENS SPECIALTY PHARMACY LLC | PITTSBURGH | PA |
| WALGREENS SPECIALTY PHARMACY, LLC | CANTON | MI |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0609 | HANNIBAL | MO |
| WAL-MART PHARMACY 10-1454 | QUINCY | IL |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | | |
|---|---|---|---|
| CH0714960 | Regional Health Care Clinic, Inc. | | |

| Pharmacy Name | City | State |
|---|---|---|
| COLE CAMP PHARMACY | COLE CAMP | MO |
| EVANS DRUG SEDALIA EAST LLC | SEDALIA | MO |
| EVANS DRUG SEDALIA WEST LLC | SEDALIA | MO |
| J & D PHARMACY INC | WARSAW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | SEDALIA | MO |
| MISSOURI CVS PHARMACY, L.L.C. | MARSHALL | MO |

Exhibit 1

| | | |
|---|---|---|
| SUMMERS PHARMACY #13, INC | SEDALIA | MO |
| SUMMERS PHARMACY OF MARSHALL, LLC | MARSHALL | MO |
| SUMMERS PHARMACY OF WARRENSBURG, LLC | WARRENSBURG | MO |
| VERSAILLES PHARMACY | VERSAILLES | MO |
| WALGREEN CO. | SEDALIA | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0219 | SEDALIA | MO |
| WAL-MART PHARMACY 10-0250 | WARSAW | MO |
| WAL-MART PHARMACY 10-0357 | VERSAILLES | MO |
| WAL-MART PHARMACY 10-0363 | MARSHALL | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CHC00132-00 | RICHLAND MEDICAL CENTER INC | |

| Pharmacy Name | City | State |
|---|---|---|
| AUBURN PHARMACY, INC. | CAMDENTON | MO |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| ELDON DRUG COMPANY | ELDON | MO |
| GERBES PHARMACY #119 | CAMDENTON | MO |
| LAKE REGIONAL PHARMACY | CAMDENTON | MO |
| LAKE REGIONAL PHARMACY-OSAGE BEACH | OSAGE BEACH | MO |
| LAURIE FAMILY PHARMACY | GRAVOIS MILLS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | OSAGE BEACH | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LAKE OZARK | MO |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| SINKS PHARMACY | WAYNESVILLE | MO |
| SINKS PHARMACY | IBERIA | MO |
| SINKS PHARMACY | ROLLA | MO |
| SINKS PHARMACY SOUTH | ROLLA | MO |
| WALGREEN CO. | OSAGE BEACH | MO |
| WALGREEN CO. | LEBANON | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| WAL-MART PHARMACY 10-0014 | LEBANON | MO |
| WAL-MART PHARMACY 10-0021 | SAINT ROBERT | MO |
| WAL-MART PHARMACY 10-0089 | CAMDENTON | MO |
| WAL-MART PHARMACY 10-0815 | OSAGE BEACH | MO |
| YORK & CO PHARMACY | RICHLAND | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CH077470 | RURAL ALLIANCE FOR BETTER FAMILY HEALTH, THE | |

| Pharmacy Name | City | State |
|---|---|---|
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0015 | WEST PLAINS | MO |

| | | |
|---|---|---|
| WAL-MART PHARMACY 10-0837 | THAYER | MO |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH070290 | SAMUEL U RODGERS HEALTH CENTER, INC. | |

| Pharmacy Name | City | State |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |

| 340B ID | Entity Name | |
|---|---|---|
| CHC26564-03 | South Central Missouri Community Health Center | |

| Pharmacy Name | City | State |
|---|---|---|
| 6 TURTLES, LLC | SAINT JAMES | MO |
| 6 TURTLES, LLC | SAINT JAMES | MO |
| ACCREDO HEALTH GROUP INC | MEMPHIS | TN |
| BIOPLUS SPECIALTY PHARMACY SERVICES, LLC | ALTAMONTE SPRINGS | FL |
| CAREMARK FLORIDA SPECIALTY PHARMACY LLC | TAMPA | FL |
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| CAREMARK MASSACHUSETTS SPECIALTY PHARMAC | MILFORD | MA |
| CAREMARK MICHIGAN SPECIALTY PHARMACY, LL | TROY | MI |
| CAREMARK NEW JERSEY SPECIALTY PHCY, LLC | FAIRFIELD | NJ |
| CAREMARK NORTH CAROLINA SPECIALTY PHARMA | RALEIGH | NC |
| CAREMARK TENNESSEE SPECIALTY PHARMACY, L | BARTLETT | TN |
| CAREMARK, L.L.C. | REDLANDS | CA |
| CAREMARK, L.L.C. | LAS VEGAS | NV |
| CVS CAREMARK | WILKES BARRE | PA |
| CVS CAREMARK ADVANCED TECHNOLOGY PHARMAC | MT PROSPECT | IL |
| CVS/SPECIALTY OR CARELONRX SPECIALTY PHA | FLOWER MOUND | TX |
| MISSOURI CVS PHARMACY, L.L.C. | ROLLA | MO |
| MOSER PHARMACY | SALEM | MO |
| OPTUM PHARMACY 700, LLC | OVIEDO | FL |
| OPTUM PHARMACY 702, LLC | JEFFERSONVILLE | IN |
| OPTUM PHARMACY 705, LLC | BIRMINGHAM | AL |
| OPTUM PHARMACY 705, LLC | FRANKLIN | TN |
| OPTUMRX | OVERLAND PARK | KS |
| PROCARE PHARMACY DIRECT, L.L.C. | MONROEVILLE | PA |
| PROCARE PHARMACY, L.L.C. | BIRMINGHAM | AL |
| PROCARE PHARMACY, L.L.C. | COLUMBIA | SC |
| PROCARE PHARMACY, L.L.C. | HONOLULU | HI |
| RINNE PHARMACY LLC | LICKING | MO |
| RIVER MEDICAL PHARMACY LLC | SAN ANTONIO | TX |
| SINKS PHARMACY | ROLLA | MO |
| SINKS PHARMACY | WAYNESVILLE | MO |
| SINKS PHARMACY | VIENNA | MO |
| SINKS PHARMACY | BOURBON | MO |
| SINKS PHARMACY | SALEM | MO |
| SINKS PHARMACY 100 | BELLE | MO |
| SINKS PHARMACY SELECT LLC | ROLLA | MO |
| SINKS PHARMACY SOUTH | ROLLA | MO |
| STEELVILLE DRUG | STEELVILLE | MO |
| THE TOWNE PHARMACY | CUBA | MO |

| | | |
|---|---|---|
| VANDIVORT DRUG (WISDOM DRUG LLC) | SALEM | MO |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0021 | SAINT ROBERT | MO |
| WAL-MART PHARMACY 10-0027 | SALEM | MO |
| WAL-MART PHARMACY 10-0101 | ROLLA | MO |
| WAL-MART PHARMACY 10-0895 | CUBA | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH071370 | SOUTHEAST MISSOURI HEALTH NETWORK | |

| Pharmacy Name | City | State |
|---|---|---|
| BEAUTON DRUG | EAST PRAIRIE | MO |
| CORNERSTONE PHARMACY KENNETT, LLC | KENNETT | MO |
| HARRIS PHARMACY | KENNETT | MO |
| KEY DRUGS AT DEXTER, LLC | DEXTER | MO |
| L & S DISCOUNT PHARMACY | CHARLESTON | MO |
| MALDEN PHARMACY & HME | MALDEN | MO |
| MEDICENTER PHARMACY 2220 | SCOTT CITY | MO |
| MISSOURI DELTA MEDICAL CENTER | SIKESTON | MO |
| MISSOURI DELTA MEDICAL CENTER | BENTON | MO |
| NEW MADRID PHARMACY INC. | NEW MADRID | MO |
| RANDY'S RX | SIKESTON | MO |
| SIKESTON PHARMACY LLC | SIKESTON | MO |
| STERLING PHARMACY | SIKESTON | MO |
| SUPER D DRUGS ACQUISITION CO. | DEXTER | MO |
| TEKO PHARMACY | KENNETT | MO |
| WALGREEN CO. | SIKESTON | MO |
| Walgreens #21389 | MEMPHIS | TN |
| WAL-MART CENTRAL FILL 10-2670 | SPRING | TX |
| WAL-MART PHARMACY 10-0009 | SIKESTON | MO |
| WAL-MART PHARMACY 10-0030 | DEXTER | MO |
| WAL-MART PHARMACY 10-0190 | KENNETT | MO |
| WAL-MART PHARMACY 10-0453 | MALDEN | MO |
| WALMART PHARMACY 10-5169 | ROGERS | AR |
| WAL-MART PHARMACY 10-5997 | ORLANDO | FL |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

| 340B ID | Entity Name | |
|---|---|---|
| CH070270 | SWOPE HEALTH SERVICES | |

| Pharmacy Name | City | State |
|---|---|---|
| CAREMARK ILLINOIS SPECIALTY PHARMACY, LL | MOUNT PROSPECT | IL |
| CAREMARK KANSAS SPECIALTY PHARMACY | LENEXA | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| KANSAS CVS PHARMACY, L.L.C. | KANSAS CITY | KS |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | RAYTOWN | MO |
| MISSOURI CVS PHARMACY, L.L.C. | GRANDVIEW | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BELTON | MO |
| MISSOURI CVS PHARMACY, L.L.C. | LIBERTY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | N. KANSAS CITY | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |

| | | |
|---|---|---|
| MISSOURI CVS PHARMACY, L.L.C. | LEES SUMMIT | MO |
| MISSOURI CVS PHARMACY, L.L.C. | INDEPENDENCE | MO |
| MISSOURI CVS PHARMACY, L.L.C. | BLUE SPRINGS | MO |
| MISSOURI CVS PHARMACY, L.L.C. | KANSAS CITY | MO |
| WALGREEN CO | KANSAS CITY | KS |
| WALGREEN CO. | GRANDVIEW | MO |
| WALGREEN CO. | LEES SUMMIT | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | RAYTOWN | MO |
| WALGREEN CO. | KANSAS CITY | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | BELTON | MO |
| WALGREEN CO. | INDEPENDENCE | MO |
| WALGREEN CO. | ROELAND PARK | KS |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| WALGREEN CO. | KANSAS CITY | MO |
| Walgreens Central Fill #21394 | LIBERTY | MO |
| Walmart Pharmacy 10-7611 | Plainfield | IN |

Exhibit 1