# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, *Plaintiff*, v. ANDREW BAILEY, in his official capacity as the Attorney General of Missouri, *et al.*, *Defendants*. | Case No. 2:24-cv-04143-MDH |

## PLAINTIFF ASTRAZENECA PHARMACEUTICALS LP'S RESPONSE TO MISSOURI HOSPITAL ASSOCIATION AND MISSOURI PRIMARY CARE ASSOCIATION'S MOTION TO INTERVENE

On October 15, 2024, Missouri Hospital Association and Missouri Primary Care Association moved to intervene in this matter. *See* ECF No. 43. At that time, the movants represented that Plaintiff AstraZeneca Pharmaceuticals LP opposed the motion to intervene. On further review, Plaintiff AstraZeneca Pharmaceuticals LP takes no position on the motion to intervene and withdraws its prior objection.

Dated: October 29, 2024						Respectfully submitted,

**MARTIN, PRINGLE, OLIVER,**
 **WALLACE & BAUER, L.LP.**

 /s/ Lora Jennings Mizell
Lora Jennings Mizell  58347 (MO)
300 E. 39th Street, #LL1i
Kansas City, MO 64111
Phone: 816.753.6006
Fax: 816.502.7898
ljmizell@martinpringle.com

AND

Allon Kedem*
Jeffrey L. Handwerker*
Stephen K. Wirth*
Samuel I. Ferenc*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000 telephone
(202) 942-5999 facsimile
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com
stephen.wirth@arnoldporter.com
sam.ferenc@arnoldporter.com

*\* Admitted pro hac vice*

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 29, 2024, the foregoing document was filed electronically with the Clerk of Court by use of the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

                                                      */s/ Lora Jennings Mizell*
                                                    Lora Jennings Mizell