IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
(Jefferson City)

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS, LLP, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| -vs- | ) ) No. 2:24-CV-04143 ) |
| ANDREW BAILEY, *in his official capacity as Attorney General of the State of Missouri, et al.*, | ) ) ) ) ) |
| *Defendants*. | ) |

## MOTION TO WITHDRAWAL AS COUNSEL

Maria A. Lanahan moves to withdraw as counsel of record for Defendants: **Andrew Bailey**, *in his official capacity as Attorney General of the State of Missouri*; **James L. Gray**, *in his official capacity as President of the Missouri Board of Pharmacy*; **Christian S. Tadrus**, *in his official capacity as Vice President of the Missouri Board of Pharmacy*; **Douglas R. Lang**, *in his official capacity as a member of the Missouri Board of Pharmacy*; **Colby Grove**, *in his official capacity as a member of the Missouri Board of Pharmacy*; **Anita K. Parran**, *in her official capacity as a member of the Missouri Board of Pharmacy*; **Tammy Thompson**, *in her official capacity as a member of the Missouri Board of Pharmacy*; and, **Darren Harris**, *in his official capacity as a member of the Missouri Board of Pharmacy*.

Said Defendants will not be prejudiced by this withdrawal and will continue to be represented by J. Patrick Sullivan who is taking over this case.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
*Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Maria A. Lanahan*

-2-