# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:24-cv-04143-MDH |
| | ) | |
| CATHERINE HANAWAY, in her official | ) | |
| Capacity as ATTORNEY GENERAL OF | ) | |
| THE STATE OF MISSOURI, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| MISSOURI HOSPITAL ASSOCIATION and | ) | |
| MISSOURI PRIMARY CARE ASSOCIATION | ) | |
| | ) | |
| *Intervenors.* | ) | |

## INTERVENORS MISSOURI HOSPITAL ASSOCIATION'S AND MISSOURI PRIMARY CARE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

Intervenors Missouri Hospital Association ("MHA") and Missouri Primary Care Association ("MPCA") (collectively, "Intervenors"), pursuant to Fed. R. Civ. P. 56 and L.R. 7.0 and 56.1, respectfully move for summary judgment on Plaintiff's remaining cause of action (Count 2) under the grounds that there are no genuine issues of material fact supporting this claim and Intervenors are entitled to judgment as a matter of law. In support of this Motion for Summary Judgment, Intervenors rely on their Brief in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, and evidence, submitted contemporaneously with this Motion.

WHEREFORE, for the reasons set forth in Intervenors' Brief in Support of Motion for Summary Judgment, Intervenors respectfully request that this Court grant Intervenors'

Motion and dismiss Plaintiff's sole remaining cause of action (Count 2) with prejudice.

Dated: July 17, 2026.

Respectfully submitted,
HUSCH BLACKWELL LLP

By: */s/ Bryan Wade*
Bryan Wade #41939
3810 E. Sunshine Street, Suite 300
Springfield, MO 65809
Phone: (417) 268-4000
Fax: (417) 268-4040
Bryan.wade@huschblackwell.com

Alexa B. Barton #71779
14606 Branch Street, Suite 200
Omaha, NE 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
allee.barton@huschblackwell.com

POWERS PYLES SUTTER & VERVILLE, PC

Ronald S. Connelly*
1250 Connecticut Ave., NW
Eighth Floor
Washington, DC 20036
Phone: 202-872-6762
Fax: 202-466-6550
Email: ron.connelly@powerslaw.com
ATTORNEYS FOR INTERVENORS
MISSOURI HOSPITAL ASSOCIATION AND
MISSOURI PRIMARY CARE
ASSOCIATION
*Admitted Pro Hac Vice

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of July 2026, I filed the foregoing document with the Court via the Court's CM/ECF System, which sent notification of such filing to all counsel of record.

*/s/ Bryan Wade*

3